```
                                          ┌─────────────────────────────────────┐
                                          │ USDC SDNY                           │
                                          │ DOCUMENT                            │
UNITED STATES DISTRICT COURT              │ ELECTRONICALLY FILED                │
SOUTHERN DISTRICT OF NEW YORK             │ DOC #: _____          │
---------------------------------------X  │ DATE FILED:____9/16/2021_____       │
                                          └─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

KENNETH RUDGE,

                              Petitioner,                    20-CV-3996 (KMW)

               -against-                                     16-CR-311 (KMW)

UNITED STATES OF AMERICA,                                    **ORDER**

                              Respondent.

---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      Defense counsel shall submit an update to this Court by September 23, 2021 regarding

the status of compliance with the Court's June 29, 2021 Order.   (No. 16-CR-311, ECF No. 486.)

The Court also requests that the Bureau of Prisons provide an update to this Court by September

30, 2021 regarding the status of the course of conduct outlined in the June 29, 2021 Order.   (*Id.*)


      SO ORDERED.

Dated: New York, New York
      September 16, 2021                         _____*/s/ Kimba M. Wood*_____
                                    KIMBA M. WOOD
                         United States District Judge